UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America

Plaintiff(s),                                 Case No. 23-20644

v.                                                 Judge  Gershwin A. Drain

Bruce F. Israel                                Magistrate Judge  David R. Grand

Defendant(s).

_____/

**NOTICE OF CORRECTION**

Docket entry number ___14___, filed _____01/11/24_____, has been modified.  The explanation for the correction

is stated below.

☐  The docket entry was made on the wrong case.

☐  The corresponding document image was missing or incomplete.

☐  The wrong document image was associated.

☐  The wrong judicial officer was listed on the case docket.

☐  The filer information was inaccurate or omitted from the docket text.

☐  The judicial officer information was inaccurate or omitted from the docket text.

☐  The docket text was changed *to include the Partial Payment Order.*

☑  Other:  The incorrect docket event was chosen.  The docket text was changed to show that the entry
        is a waiver of indictment.

If you need further clarification or assistance, please contact _____the Clerk's Office_____ at __(313) 234-5000__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: _January 11, 2024_____        s/D.Peruski_____
                                              Deputy Clerk