Bruce Israel
VOC Agreed to with DOJ

Privileged Confidential
Attorney Work Product

| Job | Year (bid) | DOJ VoC Amounts (9/7/2023) | Bruce | Dan | Tim |
|---|---|---|---|---|---|
| 38401 Amrhein Road (Livonia, MI) | 2013 | $169,131.50 | $169,131.50 | $0.00 | $0.00 |
| Matick Chevrolet Body Shop | 2013 | $123,314.15 | $123,314.15 | $0.00 | $0.00 |
| Oakmont (Rochester/Peachwood) | 2013 | $151,310.00 | $151,310.00 | $0.00 | $0.00 |
| Sears 1250 | 2013 | $161,356.47 | $161,356.47 | $0.00 | $0.00 |
| Sun Communities | 2013 | $514,986.00 | $514,986.00 | $0.00 | $0.00 |
| Apple Valley | 2014 | $74,188.00 | $0.00 | $74,188.00 | $0.00 |
| Cranbrook School | 2014 | $755,710.00 | $755,710.00 | $0.00 | $0.00 |
| Crossings of Canton | 2014 | $65,940.00 | $0.00 | $0.00 | $65,940.00 |
| Hillside Forest Walkway | 2014 | $24,900.00 | $24,900.00 | $0.00 | $0.00 |
| KUKA Clinton Township | 2015 | $243,674.50 | $243,674.50 | $0.00 | $0.00 |
| Plymouth Hills | 2015 | $183,632.00 | $0.00 | $0.00 | $183,632.00 |
| Star Truck Rental | 2015 | $304,650.00 | $304,650.00 | $0.00 | $0.00 |
| Erin Estates | 2016 | $281,138.69 | $281,138.69 | $0.00 | $0.00 |
| Hilltop | 2016 | $89,272.00 | $0.00 | $0.00 | $89,272.00 |
| Mitchell Plastics | 2016 | $799,680.00 | $799,680.00 | $0.00 | $0.00 |
| Oakland Mall | 2016 | $172,960.00 | $172,960.00 | $0.00 | $0.00 |
| South Colony Parking Lot (LARC's Community Development Group) | 2016 | $208,835.00 | $0.00 | $208,835.00 | $0.00 |
| Macomb Group | 2016 | $517,945.00 | $0.00 | $0.00 | $517,945.00 |
| Waterford Plaza (Planet Fitness) | 2016 | $125,940.00 | $125,940.00 | $0.00 | $0.00 |
| Acme Building Materials | 2017 | $328,937.50 | $0.00 | $0.00 | $328,937.50 |
| AD Transport | 2017 | $2,901,950.00 | $0.00 | $0.00 | $2,901,950.00 |
| Airport Park (Romulus, MI) | 2017 | $382,624.00 | $0.00 | $0.00 | $382,624.00 |
| Applebaum Center | 2017 | $84,575.00 | $84,575.00 | $0.00 | $0.00 |
| Auburn Hills Apartments | 2017 | $485,365.00 | $0.00 | $0.00 | $485,365.00 |
| Gallagher Kaiser - 777 Chicago Road (Troy, MI) | 2017 | $446,156.60 | $0.00 | $446,156.60 | $0.00 |
| Great Lakes Crossing | 2017 | $1,132,594.00 | $566,297.00 | $566,297.00 | $0.00 |
| Homedics | 2017 | $551,166.00 | $551,166.00 | $0.00 | $0.00 |
| Inverrary Condos | 2017 | $389,061.00 | $389,061.00 | $0.00 | $0.00 |
| New Seoul Plaza/New Seoul Gardens | 2017 | $269,900.00 | $0.00 | $0.00 | $269,900.00 |
| Nissan Tech Center | 2017 | $356,679.00 | $0.00 | $0.00 | $356,679.00 |
| Partridge Creek | 2017 | $89,925.00 | $89,925.00 | $0.00 | $0.00 |
| Twelve Oaks | 2017 | $627,051.00 | $0.00 | $627,051.00 | $0.00 |
| Henry Ford Village | 2018 | $595,300.00 | $0.00 | $0.00 | $595,300.00 |
| Highlander Group – Hillside Estates | 2018 | $27,223.28 | $27,223.28 | $0.00 | $0.00 |
| USA Hockey | 2018 | $2,205,005.00 | $0.00 | $2,205,005.00 | $0.00 |
| Sacred Heart Catholic Church/St. John Fisher Chapel University Parish | 2019 | $621,762.00 | $0.00 | $0.00 | $621,762.00 |
| White Corners | 2019 | $317,340.00 | $317,340.00 | $0.00 | $0.00 |
| Ashley Capital – Tri County Commerce Building 3 (TCC3) | 2020 | $4,098,900.00 | $0.00 | $2,049,450.00 | $2,049,450.00 |
| Herndon Walnut Lake Estates | 2020 | $1,596,456.69 | $0.00 | $0.00 | $1,596,456.69 |
| Warris Farms | 2020 | $85,600.00 | $0.00 | $0.00 | $85,600.00 |
| Greenpointe | 2021 | $902,980.36 | $902,980.36 | $0.00 | $0.00 |
| **TOTAL** | | **$23,465,114.74** | **$6,757,318.95** | **$6,176,982.60** | **$10,530,813.19** |



DEFENDANT'S EXHIBIT 23