UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,                  Case No. 23-20644

-vs-                                    HON. GERSHWIN DRAIN

BRUCE ISRAEL,

           Defendant.
_____/

**NOTICE OF WITHDRAWAL OF
EXHIBIT #23 AND REPLACEMENT
WITH EXHIBIT #23A**

Please take notice that Exhibit #23 erroneously indicated that the VOC figures were agreed to by the government. Because Exhibit 23 was not a government work product and has not been agreed to by the government, the defense requests that Exhibit #23 be withdrawn and replaced by Exhibit #23A which represents the defense position only re the VOC figures.

                                                          Respectfully submitted,

                                                          s/ Steven Fishman
                                                          Steven Fishman (P23049)
                                                          Attorney for Defendant Israel
                                                          615 Griswold, Suite #1120
                                                          Detroit, MI 48226
                                                          (313) 920-2001

Dated: June 19, 2025                        e-mail: sfish6666@gmail.com